



## MEMORANDUM OPINION

No. 04-11-00153-CV

**IN RE** Alan **URESTI**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:  March 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 24, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-09548, styled *In the Interest of J.A.U.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Sol Casseb, III presiding.  However, relator lists as respondents both Judge Sol Casseb, III and Judge Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.